MARK W. ROBERTSON (S.B. #200220)
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

KELLY S. WOOD (S.B. #267518)
kwood@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Defendant
AMERICAN AIRLINES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SMITH,<br><br>                        Plaintiff,<br><br>        v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation doing business in California, and DOES 1 through 250, inclusive,<br><br>                        Defendants. | Case No. 2:23-cv-05404-RGK-AFM<br><br>**DEFENDANT AMERICAN AIRLINES, INC.'S NOTICE OF SETTLEMENT IN PRINCIPLE**<br><br>Judge: Hon. R. Gary Klausner |

1  TO THE COURT: PLEASE TAKE NOTICE THAT the parties have reached
2  a settlement in principle to resolve Plaintiff's claims against Defendant in this matter.
3  The parties are currently working to finalize their settlement agreement.  The parties
4  intend to file a stipulated dismissal once that agreement is finalized.

Dated: February 22, 2024

O'MELVENY & MYERS LLP
MARK W. ROBERTSON
KELLY S. WOOD

By: */s/ Kelly S. Wood*
       Kelly S. Wood

*Attorneys for Defendant
American Airlines, Inc.*

- 1 -