MARK W. ROBERTSON (S.B. #200220)
mrobertson@omm.com
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

KELLY S. WOOD (S.B. #267518)
kwood@omm.com
O'MELVENY & MYERS LLP
610 Newport Center Drive, 17th Floor
Newport Beach, California 92660-6429
Telephone: (949) 760-9600
Facsimile: (949) 823-6994

Attorneys for Defendant
AMERICAN AIRLINES, INC.
*Counsel for Plaintiff on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation doing business in California, and DOES 1 through 250, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-05404-RGK-AFM<br><br>**JOINT STIPULATION FOR CASE DISMISSAL UNDER FRCP 41(A)(1)(A)(II)**<br><br>Judge: Hon. R. Gary Klausner |

| | |
|---|---|
| 1 | GARY R. CARLIN (S.B. #44945) |
| | gary@garycarlinlaw.com |
| 2 | WILLIAM WELDON (S.B. #117056) |
| | bill@garycarlinlaw.com |
| 3 | LAW OFFICES OF GARY R. CARLIN, APC |
| | 301 East Ocean Boulevard, Suite 1550 |
| 4 | Long Beach, California 90802 |
| | Telephone: (562) 432-8933 |
| 5 | Facsimile:  (562) 435-1656 |
| 6 | |
| 7 | Attorneys for Plaintiff |
| | TODD SMITH |

- 1 -

## JOINT STIPULATION FOR DISMISSAL

Plaintiff Todd Smith and Defendant American Airlines, Inc., by and through their respective counsel of record, stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be DISMISSED, with Smith's individual claims DISMISSED WITH PREJUDICE. The class allegations on behalf of all employees other than Smith are dismissed without prejudice by operation of law.

IT IS SO STIPULATED

Dated: March 22, 2024

O'MELVENY & MYERS LLP
MARK W. ROBERTSON
KELLY S. WOOD

By: */s/ Kelly S. Wood*
      Kelly S. Wood

*Attorneys for Defendant*
*American Airlines, Inc.*

Dated: March 22, 2024

LAW OFFICES OF GARY R. CARLIN, APC
GARY R. CARLIN
WILLIAM WELDEN

By: */s/ William Welden*
      William Welden

*Attorneys for Plaintiff*
*Todd Smith*

## **Attestation**

I hereby attest that the other signatories listed, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 22, 2024

By: /s/   *Kelly S. Wood*
       Kelly S. Wood