JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN AIRLINES, INC., a Delaware corporation doing business in California, and DOES 1 through 250, inclusive,<br><br>　　　　　Defendants. | Case No. 2:23-cv-05404-RGK-AFM<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR CASE DISMISSAL UNDER FRCP 41(A)(1)(A)(II)<br><br>[23]<br><br>Judge: Hon. R. Gary Klausner |

　　　IT IS HEREBY ORDERED, upon review of the Joint Stipulation for Case Dismissal ("Stipulation"), the Court finds that the Parties have reached a final resolution of this matter, and the Stipulation is accordingly GRANTED.  Plaintiff Todd Smith's individual claims are DISMISSED WITH PREJUDICE.  The class allegations asserted on behalf of persons other than Plaintiff are DISMISSED WITHOUT PREJUDICE, by operation of law.

　　　IT IS SO ORDERED.

DATED: 3/26/2024　　　　　　　　　_/s/ Gary Klausner_____

　　　　　　　　　　　　　　　　　The Honorable R. Gary Klausner
　　　　　　　　　　　　　　　　　United States District Judge